AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

United States Courts
Southern District of Texas
FILED
*July 11, 2026*
Nathan Ochsner, Clerk of Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jose FLORES-FLORES

IAE YOB: 2005
Mexico

## CRIMINAL COMPLAINT

**Case Number: M-26-2531-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about July 10, 2026 in Hidalgo County, in the Southern District of Texas

**The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;**

in violation of Title 8 United States Code, Section(s) 1326 (Felony).
I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:
**Jose FLORES-FLORES was encountered by Border Patrol Agents near Mission, Texas, on July 10, 2026. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on July 10, 2026, near Mission, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 23, 2025, through Hidalgo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA A. Furtaw

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

/s/ Ricardo Morin Jr.
**Signature of Complainant**

Ricardo Morin Jr. , Border Patrol Agent

July 11, 2026 at 3:53 p.m.

J. Scott Hacker , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**