United States Courts
Southern District of Texas
FILED
*August 18, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-26-2625-S1** |
| | § | |
| **JOSE FLORES-FLORES** | § | |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES:**

**Count One**

From on or about June 26, 2025, through on or about June 26, 2026, in the United Mexican States and within the jurisdiction of the Court, defendant,

**JOSE FLORES-FLORES**

did knowingly provide material support and resources, to wit: personnel (himself) and services, including regional protection and enforcement, law enforcement countersurveillance, and disposal of human remains, to a foreign terrorist organization, namely, the Cartel del Golfo, which was designated a foreign terrorist organization on February 20, 2025, knowing that the organization was a designated terrorist organization, that the organization had engaged in and was engaging in terrorist activity and terrorism, and the defendant was subsequently found in the United States.

In violation of Title 18, United States Code, Section 2339B(a)(1) and 2.

**Count Two**

From on or about June 26, 2025, through on or about June 26, 2026, in the United Mexican States and within the jurisdiction of the Court, defendant,

**JOSE FLORES-FLORES**

did knowingly conspire and agree with coconspirators known and unknown to the Grand Jurors to provide material support and resources, to wit: personnel (himself) and services, including regional

protection and enforcement, law enforcement countersurveillance, and disposal of human remains, to a foreign terrorist organization, namely, the Cartel del Golfo, which was designated a foreign terrorist organization on February 20, 2025, knowing that the organization was a designated terrorist organization, that the organization had engaged in and was engaging in terrorist activity and terrorism, and the defendant was subsequently found in the United States.

In violation of Title 8, United States Code, Section 2339B(a)(1).

**Count Three**

On or about July 10, 2026, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE FLORES-FLORES**

an alien who had previously been convicted on January 17, 2025, for illegally entering the United States in violation of Title 8, United States Code, Section 1325, did knowingly and unlawfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

A TRUE BILL

________________________________
FOREPERSON

AARON F. REITZ
UNITED STATES ATTORNEY

________________________________
ASSISTANT UNITED STATES ATTORNEY