106

United States Courts
Southern District of Texas
FILED
*September 15, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. M-26-2625-S2** |
| | § | |
| **JOSE FLORES-FLORES** | § | |

**SECOND SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES:**

**GENERAL ALLEGATIONS**

1. On January 20, 2025, President Donald J. Trump signed Executive Order 14157, "Designating Cartels and Other Organizations as Foreign Terrorist Organizations and Specially Designated Global Terrorists." In the Executive Order, President Trump declared: "The Cartels functionally control, through a campaign of assassination, terror, rape, and brute force nearly all illegal traffic across the southern border of the United States." "The Cartels' activities threaten the safety of the American people, the security of the United States, and the stability of the international order in the Western Hemisphere." In order to address the threat posed by such cartels, President Trump's Executive Order directed the Secretary of State to formally designate all such cartels as Foreign Terrorist Organizations.

2. On February 20, 2025, acting on President Trump's Executive Order, the United States Department of State formally designated the Cartel De Golfo (CDG), also known as the Gulf Cartel, among others, as a Foreign Terrorist Organization.

3. Announcing the Foreign Terrorist Organization designation, the United States Department of State described CDG as a violent transnational organization based in northeast Mexico involved in drug trafficking, kidnapping, extortion, human smuggling, and other illicit activities. The announcement further noted that CDG employs violence, including assassinations

of civilians and government officials to intimidate the public and control territory.

4. The CDG funds its operations primarily through a multi-billion-dollar drug trafficking operation. It imposes a "tax" on any drug traffickers operating in territory under its control, charging fees for every kilogram of narcotics manufactured, stored, or transported through areas of its control. The CDG also directly exports cocaine, and coordinates the production, purchase, and transfer of weekly and bi-weekly multi-ton shipments of cocaine from Colombia into Central America and Mexico for ultimate importation into the United States.

5. To maintain control over the CDG territory the shipments of cocaine travel through prior to reaching the United States, the CDG employs an army of "sicarios," or hitmen, who carry out acts of violence, including murders, assaults, kidnappings, torture, and assassinations against competitors and those deemed traitors to the organization. The CDG uses violence to promote and enhance the reputation and position of the CDG with respect to rival criminal organizations; to preserve, protect, and expand the CDG's power and territory; to finance the CDG's operations and enrich its leaders through the collection of drug debts; to maintain discipline among its members and associates; and to protect CDG members from arrest and prosecution by attempting to silence potential witnesses.

6. On July 10, 2026, United States Border Patrol agents apprehended JOSE FLORES-FLORES a short distance from the Rio Grande River near Mission, Texas. FLORES-FLORES admitted to Border Patrol Agents that he entered the United States illegally from Mexico by crossing the Rio Grande River at a place other than as designated by immigration officers.

7. At the time of his apprehension, FLORES-FLORES stated to Border Patrol agents that he was an active member of CDG.

8. Records checks revealed that FLORES-FLORES was a citizen of Mexico and did not

have legal status to enter or remain in the United States. Records checks also revealed that during the previous year, on or around January 16, 2025, FLORES-FLORES had also been apprehended by Border Patrol Agents a short distance from the Rio Grande River near McAllen, Texas. On that occasion, FLORES-FLORES admitted to Border Patrol Agents to having entered the United States illegally by crossing the Rio Grande River at a place other than as designated by immigration officers. On January 17, 2025, FLORES-FLORES appeared before a United States Magistrate Judge and was convicted of violating Title 8, United States Code, Section 1325(a)(1).

9. After his apprehension on July 10, 2026, FLORES-FLORES consented to the review of his smart phone by agents. Upon review of the smart phone, agents discovered images in the "recently deleted" folder. The images included:

- A video of FLORES-FLORES dismembering the corpse of an adult male by removing the left and right arms with a hand saw. In the video, both legs had already been removed from the torso.
- An image of a pile of at least two dismembered human torsos, severed arms, and severed legs.
- An image of a burn barrel engulfed in flames.
- Images depicting FLORES-FLORES with a handheld radio and AR-15 style rifles.

10. Data associated with the video and images of the dismemberment and burning of the corpses indicated the video and images had been created on June 26, 2026, approximately two weeks before FLORES-FLORES's apprehension, at a location near Reynosa, a city in Tamaulipas, Mexico, on the border with the United States.

11. Following his apprehension, FLORES-FLORES also waived his *Miranda* rights and agreed to speak with Border Patrol agents. When asked by Agents what his profession was, Flores-

Flores stated he was a barber and a hitman. Flores-Flores stated he worked as a hitman for the CDG for approximately one year. As a hitman, he stated that part of his job for the CDG was "to protect his area", ensuring "no one to be stealing, committing extorsion" and "for no one to be, more than anything, kidnapping people and all."

12. When shown the video from his smart phone, FLORES-FLORES admitted that it was him in the video dismembering the adult male. FLORES-FLORES claimed the victims ran afoul of CDG by "extorting people, stores and all, or selling crystal, kidnapping people under the water without people [CDG] knowing" within CDG claimed territory. FLORES-FLORES admitted to sawing off the victims' arms to make the body easier to burn in a burn barrel. FLORES-FLORES stated that the dismembering and burning occurred on the "outskirts of Reynosa" as indicated by the geolocation data associated with the video.

13. Later, FLORES-FLORES consented to an interview with an agent with the Federal Bureau of Investigation, again waiving his *Miranda* rights. When asked about his employment, FLORES-FLORES admitted he worked for CDG and "was doing bad things on that side," referring to the other side of the border. FLORES-FLORES stated that he worked primarily at night within a CDG-assigned sector in Reynosa. He explained he drove around, listened to radio communications, and watched for Mexican military and law enforcement. FLORES-FLORES stated that the CDG provided him with a rifle, body armor, and vehicle. He stated that if a CDG superior gives him a name or a picture of a target, he then goes to "grab him and then I just deliver him."

14. During the interview, FLORES-FLORES admitted that he understood CDG had been designated as a Foreign Terrorist Organization.

**Count One**

15. The general allegations above are incorporated by reference.

16. From on or about June 26, 2025, through on or about June 26, 2026, in the United Mexican States and within the jurisdiction of the Court, defendant,

**JOSE FLORES-FLORES**

did knowingly provide material support and resources, to wit: personnel (himself) and services, including regional protection and enforcement, law enforcement countersurveillance, and disposal of human remains, to a Foreign Terrorist Organization, namely, the Cartel del Golfo, which was designated a Foreign Terrorist Organization on February 20, 2025, knowing that the organization was a designated terrorist organization, that the organization had engaged in and was engaging in terrorist activity and terrorism, and the defendant was subsequently found in the United States.

In violation of Title 18, United States Code, Section 2339B(a)(1) and 2.

**Count Two**

17. The general allegations above are incorporated by reference.

18. From on or about June 26, 2025, through on or about June 26, 2026, in the United Mexican States and within the jurisdiction of the Court, defendant,

**JOSE FLORES-FLORES**

did knowingly conspire and agree with coconspirators known and unknown to the Grand Jurors to provide material support and resources, to wit: personnel (himself) and services, including regional protection and enforcement, law enforcement countersurveillance, and disposal of human remains, to a Foreign Terrorist Organization, namely, the Cartel del Golfo, which was designated a Foreign Terrorist Organization on February 20, 2025, knowing that the organization was a designated terrorist organization, that the organization had engaged in and was engaging in terrorist activity

and terrorism, and the defendant was subsequently found in the United States.

In violation of Title 18, United States Code, Section 2339B(a)(1).

**Count Three**

19. The general allegations above are incorporated by reference.

20. On or about July 10, 2026, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE FLORES-FLORES**

an alien who had previously been convicted on January 17, 2025, for illegally entering the United States in violation of Title 8, United States Code, Section 1325, did knowingly and unlawfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

A TRUE BILL

______________________________
FOREPERSON

AARON F. REITZ
UNITED STATES ATTORNEY



ASSISTANT UNITED STATES ATTORNEY