**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

UNITED STATES OF AMERICA

v. Case Number: 7:26−cr−02625

Jose Flores−Flores

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Nadia S Medrano

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 9/24/2026

**TIME:** 11:15 AM

**TYPE OF PROCEEDING:** Arraignment

Date: September 16, 2026

Nathan Ochsner, Clerk
by S. Silva, Deputy Clerk